FILED

DEC 3 0 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| | ) | |
| Plaintiff, | ) | **5 : 20  CR  857** |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| BRENDAN D. BENNETT, | ) | Section 924(c)(1)(A); Title 21, |
| | ) | United States Code, Sections |
| Defendant. | ) | 841(a)(1), (b)(1)(B)(ii), (b)(1)(C), |
| | ) | (b)(1)(D), (b)(2) and 846 |

JUDGE GWIN

COUNT 1
(Distribution of MDMA, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The United States Attorney charges:

1.      On or about April 17, 2017, in the Northern District of Ohio, Eastern Division,

Defendant BRENDAN D. BENNETT did knowingly and intentionally distribute a mixture and

substance containing a detectable amount of MDMA, a Schedule I controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of Marijuana, 21 U.S.C. §§ 841(a)(1) and (b)(1)(D))

The United States Attorney further charges:

2.      On or about April 17, 2017, in the Northern District of Ohio, Eastern Division,

Defendant BRENDAN D. BENNETT did knowingly and intentionally distribute less than 50

kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(D).

COUNT 3
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii))

The United States Attorney further charges:

3.    On or about May 30, 2017, in the Northern District of Ohio, Eastern Division, Defendant BRENDAN D. BENNETT did knowingly and intentionally possess with the intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

COUNT 4
(Possession with Intent to Distribute Alprazolam, 21 U.S.C. §§ 841(a)(1) and (b)(2))

The United States Attorney further charges:

4.    On or about May 30, 2017, in the Northern District of Ohio, Eastern Division, Defendant BRENDAN D. BENNETT did knowingly and intentionally possess with the intent to distribute alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(2).

COUNT 5
(Possession with Intent to Distribute Marijuana, 21 U.S.C. §§ 841(a)(1) and (b)(1)(D))

The United States Attorney further charges:

5.    On or about May 30, 2017, in the Northern District of Ohio, Eastern Division, Defendant BRENDAN D. BENNETT did knowingly and intentionally possess with the intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

2

## COUNT 6
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense,
18 U.S.C. § 924(c)(1)(A))

The United States Attorney further charges:

6.      On or about May 30, 2017, in the Northern District of Ohio, Eastern Division, Defendant BRENDAN D. BENNETT did knowingly possess a firearm, that is, a Glock 9 millimeter handgun, bearing serial number ZPZ148, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute marijuana, a Schedule I controlled substance, as charged in Count 5 of this Information, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 7
(Attempted Possession with Intent to Distribute MDMA,
21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846)

The United States Attorney further charges:

7.      On or about June 9, 2017, in the Northern District of Ohio, Eastern Division, Defendant BRENDAN D. BENNETT did knowingly and intentionally attempt to possess with the intent to distribute a mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

## FORFEITURE

The United States Attorney further charges:

8.      For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 7 inclusive, are incorporated herein by reference.  As a result of the foregoing offenses, Defendant BRENDAN D. BENNETT, shall

3

forfeit to the United States any and all property constituting, or derived from, any proceeds he

obtained, directly or indirectly, as the result of such violations; any and all of his property used

or intended to be used, in any manner or part, to commit or to facilitate the commission of such

violations; and, any and all property (including firearms and ammunition) involved in or used in

the commission of such violations; including, but not limited to, the following: a Glock 9

millimeter handgun, serial number ZPZ148.

JUSTIN E. HERDMAN
United States Attorney

By: _Michelle M. Baeppler_
Michelle M. Baeppler
Attorney in Charge, Criminal Division
Akron Branch Office